

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00888-CR

Harold James **HARRIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 384759
The Honorable John D. Fleming, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 22, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court